AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| LUIS LENIN ALVAREZ CONTRERAS, | ) Case No. 22-6394-Hunt |
| | ) |
| | ) |
| Defendant(s) | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 28, 2022__ in the county of __Broward__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 1546(a) | Document Fraud |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
Complainant's signature

ANDRE FERREIRA, ICE
Printed name and title

Sworn to before me and signed by telephone in my presence.

Date: 8/17/2022

_____
Judge's signature

City and state: Fort Lauderdale, Florida

PATRICK M. HUNT, U.S. MAGISTRATE JUDGE
Printed name and title

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Andre Ferreira, being duly sworn, hereby depose and state as follows:

1. I am a Deportation Officer with United States Immigration and Customs Enforcement (ICE) and have been so employed for approximately thirteen (13) years. I am responsible for conducting investigations of immigration law and related federal criminal statutes as contained in the United States Codes.

2. The statements contained in this affidavit are based upon my own personal knowledge, as well as information provided to me by other law enforcement officers. I have not included in this affidavit every fact and circumstance known to me, but only the facts and circumstances to establish probable cause in support of a criminal complaint.

3. Luis Lenin ALVAREZ CONTRERAS (ALVAREZ CONTRERAS) is a citizen of Honduras.

4. On or about December 8, 2021, ALVAREZ CONTRERAS was convicted of illegal reentry after deportation and sentenced to credit for time served and one year of supervised release (21-20574-CR-Cooke).

5. After his release in the criminal case, he was placed on an Order of Supervision due to lack of bed space in the Detention facility. An Order of Supervision is form of release similar to probation and is used in lieu of detention of aliens with final orders of removal.

6. On or about July 28, 2022, ALVAREZ CONTRERAS arrived at his scheduled Order of Supervision appointment.

7. During the appointment, ALVAREZ CONTRERAS presented his Honduran passport, federal probation card, and homeless shelter identification to an ICE officer. When asked for his order of supervision form, or any other documents bearing his alien number, ALVAREZ

CONTRERAS provided several envelopes and loose papers. Among those items, ICE officers located a fraudulent permanent resident card (I-551) containing ALVAREZ CONTRERAS' picture, name, date of birth, and country of birth but bearing an alien number registered to a male from Singapore.

8. ALVAREZ CONTRERAS was read his Miranda rights, which he waived in writing, and agreed to answer all questions in reference to his immigration status and the fraudulent card found in his possession. A sworn statement was taken and recorded in writing on form I-877. ALVAREZ CONTRERAS stated that he paid $80 for the fraudulent card and that he uses it to obtain work.

9. There is no record reflecting that ALVAREZ CONTRERAS applied for or received a Legal Permanent Resident Card in the United States.

10. WHEREFORE, based upon the foregoing, your Affiant submits that there is probable cause to believe that on or about July 28, 2022, Luis Lenin ALVAREZ CONTRERAS did knowingly possess a document prescribed by statute and regulation as evidence of authorized stay in the United States, that is, a Legal Permanent Resident Card, indicating that the defendant was a lawful permanent resident of the United States, which the defendant knew to be forged, counterfeited, altered, and falsely made, in violation of Title 18, United States Code, Section 1546(a).

FURTHER YOUR AFFIANT SAYETH NAUGHT

_____
Andre Forreira
Deportation Officer
Immigration and Customs Enforcement

Sworn to and subscribed before me in
Accordance with Fed.R.Crim.P.4.1 by
Telephone this 17 day of August, 2022

_____
PATRICK M. HUNT
UNITED STATES MAGISTRATE JUDGE